**VARION vs. DEBERGUE.**

APPEAL FROM THE COMMERCIAL COURT OF NEW ORLEANS.

Judgment amended for allowing five, instead of 4 per cent. interest; and for want of amicable demand, the appellee paying costs in both courts, after the appearance of the defendant.

This is a suit by the endorsee of a note, against the maker. The note is for $600, payable in two years from the 29th June 1837, with *four* per cent. interest.

The defendant pleaded several matters in defence, and among them, the want of amicable demand.

There was judgment in favor of the plaintiff, for the amount of the note, with *five per cent.* interest, and the defendant appealed.

*R. Hunt*, for the plaintiff.

*Bodin*, contra.

*Morphy, J.* delivered the opinion of the court.

This is a suit brought by the endorsee of a note of hand drawn by defendant on the 29th of June, 1837, and made payable two years after its date, with interest at the rate of four per cent. per annum. There was judgment below for plaintiff and defendant appealed.

On examining the record, we find that the judge below allowed five per cent. per annum on the debt instead of four, which is stipulated in the note sued on, and prayed for in the petition; moreover it exhibits no proof of amicable demand, although the want of it is specially pleaded.

It is, therefore, ordered that the judgment of the Commercial Court be so amended as to decree defendant to pay only four per cent. per annum, instead of five, on the amount of the note, and the costs made below after the first appearance of defendant, inclusively; the remaining costs in that court and those of this appeal to be paid by the plaintiff and appellee.